DOUGHNUT CORPORATION OF AMERICA, PLAINTIFF-APPELLANT, v. PAUL TASKIRIDES, DEFENDANT-RESPONDENT.

Submitted May 27, 1938—Decided September 16, 1938.

138

For the appellant, *Samuel Jacobs* (*Louis J. Greenberg*, of counsel).

For the respondent, *William J. Baker* (*John L. Ridley*, of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Ackerson in the Circuit Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ.   16.

*For reversal*—None.